IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **Robert A. Nemeth,**<br><br>  Plaintiff,<br><br>v.<br><br>**Westcode, Inc., a Pennsylvania Corporation,**<br><br>  Defendant. | No. 12-cv-1243<br><br>Judge Mihm<br>Magistrate Judge Gorman |

### CERTIFICATE OF INTEREST

The undersigned, counsel of record for Westcode, Inc., Defendant, furnishes the following in compliance with Rule 11.3 of this Court:

1. None

2. None

3. Phillips, Campbell & Phillips, LLP

Littler Mendelson, P.C.

                                                                Respectfully submitted,

                                                                /s/ David L. Christlieb
                                                                  David L. Christlieb ARDC# 06281173

David L. Christlieb ARDC# 06281173
Lead Counsel
LITTLER MENDELSON, P.C.
A Professional Corporation
321 North Clark Street
Suite 1000
Chicago, IL  60654
312.372.5520

Patrick C. Campbell, Jr. Admission Pending
Attorney I.D. No. 53350
Phillips, Campbell & Phillips, LLP
314 N. Middletown Road
Lima, PA  19037
Telephone :(610) 548-7100

Attorneys for Defendant

Dated:  January 31, 2013

### CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2013, I electronically filed the foregoing with the Clerk of the U.S. District Court using the CM/ECF system.  Notification of this filing will be sent electronically from the Clerk of the Court to the following parties of record:

Grant Robert Gulovsen
Bridlecreek Square Office Park
256 S. Soangetaha Rd.
Suite 108
Galesburg, IL  61401

By:    /s/ David L. Christlieb
David L. Christlieb
Attorney I.D.  06281173
Littler Mendelson, P.C.
321 N. Clark Street
Suite 1000
Chicago, IL  60654
Telephone:  (312) 372-5520
Facsimile: (312) 372-7880
E-Mail:  dchristlieb@littler.com
Attorney for Defendant